No. 82–625. DEAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 82–634. CURTIS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 82–644. GRAY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 82–657. FRANCO-GOMEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 82–671. OGGOIAN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 82–679. CAVALE v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 82–5024. MORGAN v. WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 82–5087. CERKONEY v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 82–5094. RICKS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 82–5098. KLEINBART v. SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA ET AL. C. A. D. C. Cir. Certiorari denied.

No. 82–5116. McCASKILL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 82–5136. McCOY v. BORDENKIRCHER. C. A. 4th Cir. Certiorari denied.

No. 82–5157. RANSOM v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 82–5196. ROCHKIND v. UNITED STATES. C. A. 4th Cir. Certiorari denied.